UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:21-cr-631-TJK |
| THERESE BORGERDING, | |
| Defendant. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISMISS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court for a 7-day extension—from November 22, 2023, until November 29, 2023—of the time to file the government's response to the defendant's pending motion to dismiss (ECF No. 66). As explained below, good cause exists for the relief requested in this motion.

1.      In October 2021, the defendant, Therese Borgerding, was charged by information with four misdemeanor offenses based on her participation in the January 6, 2021, attack on the United States Capitol. ECF No. 15. In July 2023, the Court entered a Scheduling Order making pretrial motions and motions *in limine* due by October 9, 2023. The defendant did not file any motions on that day. Instead, the defendant filed a motion to dismiss nearly a month later, on November 8, 2023, in which she seeks dismissal of all charges based on a claim of "selective prosecution in violation of the First Amendment."

ECF No. 66.[1]  Without extension, the government's response to that motion would be due on November 22, 2023.  *See* Local Crim. R. 47(b).

2.	I am a Senior Counsel within the United States Attorney's Capitol Siege Section.  Although the case was recently reassigned to other attorneys for trial purposes, I am principally responsible for preparing the government's response to the defendant's motion to dismiss.  In recent weeks, I have been responsible for supervising numerous matters with competing deadlines in connection with other cases arising out of the attack on the United States Capitol on January 6, 2021.

3.	A 7-day extension of time until November 29, 2023, would allow a total of three weeks for the government to respond to the defendant's motion to dismiss.  That period—though shorter than the five weeks originally envisioned under the Court's Scheduling Order—would provide adequate time for the government to prepare its response to the defendant's motion while managing the undersigned counsel's competing obligations.

4.	I have conferred with Ms. Carmen Hernandez, counsel for the defendant, about this motion.  Ms. Hernandez does not object to the extension sought in this motion.

   November 22, 2023	Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              UNITED STATES ATTORNEY

---

[1] Earlier this month, the government informed defense counsel that it did not oppose the defense's request for leave to file its pretrial motion(s) out of time.  To date, the defense has not filed such a request with the Court.  The government understands that the defense may do so in the near future.

D.C. Bar No. 481052

*/s/ Francesco Valentini*
FRANCESCO VALENTINI
D.C. Bar No. 986769
Senior Counsel, Capitol Siege Section
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20530
(202) 598-2337
francesco.valentini@usdoj.gov

**Unopposed Motion for Extension of Time — Page 3**