UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 1:21-CR-631 (TJK) |
| | : | |
| THERESE BORGERDING | : | |
| | : | |
| Defendant. | : | |

**JOINT PRETRIAL SUBMISSION**

Pursuant to the Court's July 16, 2023, Scheduling Order (ECF No. 54) and December 14, 2023 Order, the parties submit the following joint pretrial submission:

**A. Joint Statement of the Case**

This is a criminal case. The United States has charged Therese Borgerding with violating five separate federal criminal laws based on her conduct at the United States Capitol on January 6, 2021. The specific offenses with which Ms. Borgerding is charged are: (1) obstructing, impeding and interfering with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder; (2) entering and remaining in a restricted building or grounds; (3) disorderly and disruptive conduct in a restricted building or grounds; (4) disorderly conduct in a Capitol building; and (5) parading, demonstrating, or picketing in a Capitol building. Ms. Borgerding has pled not guilty to all charges.

**B. Estimate of the Number of Trial Days**

The parties anticipate the trial will last three to four trial days, including one full day for jury selection.

### C. List of Outstanding Motions in Limine

The government filed the following motions *in limine*, which are pending before the Court (Dkt. Entry 65):

1. A motion to preclude the defendant from seeking testimony on the specific locations of security cameras in the U.S. Capitol;
2. A motion to preclude testimony on specific Secret Service tactics and emergency operations;
3. A motion to preclude the defendant from arguing entrapment by estoppel or making a public authority defense;
4. A motion to preclude the defendant from arguing that alleged inaction by law enforcement permitted her conduct;
5. A motion to preclude the defendant from arguing the First Amendment permitted her conduct;
6. A motion to preclude the defendant from arguing in a matter that encourages jury nullification.

The defendant has not filed an opposition to any of these motions and the defendant has not filed any motions *in limine*. Now that the case includes a felony charge, Ms. Borgerding intends to oppose the Motion in Limine relating to the First Amendment. Alternatively, she will file a Motion to Permit the First Amendment defense. The government will respond to any motions filed by the defendant according to the Court's December 28, 2023 Order.

### D. Proposed *Voir Dire*

The parties made proposed edits to the Court's Proposed Voir Dire. The revised document is attached as Exhibit A. The government's proposed edits appear in red ink. Ms. Borgerding's edits appear in blue ink.

Ms. Borgerding requests additional time to finalize any additions and objections to the Court's Proposed Voir Dire which was filed this afternoon.

### E. Proposed Jury Instructions

A copy of the parties' proposed jury instructions, with references to the applicable Criminal Jury Instructions for the District of Columbia (2023), is attached to this submission as Exhibit B. Ms. Borgerding's objections are noted below the instruction.

Ms. Borgerding requires additional time to review the jury instructions in light of the superseding indictment which added the civil disorder felony count.

### F. List of Expert Witnesses

Neither party intends to call an expert witness in their case-in-chief.

### G. List of Prior Convictions

The government does not intend to introduce evidence of any prior convictions for impeachment or any other purpose.

### H. List of Exhibits

A copy of the government's exhibit list is attached to this submission as Exhibit C. The government did not receive objections to its exhibits from the defense prior to filing this submission. The defendant intends to introduce the Demonstration Permits issued by the US Capitol Police ("USCP") for January 6, 2021 and the USCP Demonstration Area map of the US Capitol. The government objects to these exhibits under Federal Rules of Evidence 401 and 403, and the government's motions *in limine*.

The parties request the Court's permission to amend their exhibit lists in advance of trial as needed during the course of trial preparation.

### I. Stipulations

The government's proposed stipulations are attached as Exhibit D. The government has not received a response from the defense as to its proposed stipulations.

### J. Judicial Notice

Neither party intends to ask the Court to take judicial notice of any fact at this time.

### K. Lesser Included Offenses

The government is not seeking instructions on any lesser included offenses. Ms. Borgerding may seek an instruction on a lesser included offense with respect to the civil disorder charge. The government objects.

### L. Proposed Verdict Form

A proposed verdict form is attached as Exhibit E.  Ms. Borgerding requests that the verdict form list the "Not Guilty" option first. The government disagrees.

Respectfully,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481 052

| | |
|---|---|
| */s/ Kaitlin Klamann* | /s/ |
| KAITLIN KLAMANN | CARMEN HERNANDEZ |
| Assistant United States Attorney | 4166 Mink Hollow Rd |
| Illinois Bar No. 6316768 | Highland, MD 20777 |
| 601 D Street NW | *Counsel for Defendant* |
| Washington, D.C. 20530 | |
| (202) 252-6778 | |
| Kaitlin.Klamann@usdoj.gov | |

*/s/ Rachel Freeh*
RACHEL FREEH
Assistant United States Attorney
District of Columbia Bar No. 1736082
601 D Street NW
Washington, D.C. 20530
(202) 252-7749
Rachel.freeh@usdoj.gov

*Counsel for the Government*