UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **United States of America** | \* | |
| | \* | |
| v. | \* | Case No. 21-cr-0631-2 (TJK) |
| **Therese Borgerding** | \* | |
| | \* | |

## MOTION TO ALLOW THE DEFENDANT TO APPEAR REMOTELY
## FOR THE PRETRIAL CONFERENCE

Defendant Therese Borgerding, by her undersigned counsel, hereby respectfully moves this Honorable Court to authorize her to appear remotely for the Pretrial Conference scheduled for April 10, 2024. The primary reason for the request is that Ms. Borgerding is the primary caretaker for her elderly father, who has experienced medical complications this week, requires Ms. Borgerding's assistance. Ms. Borgerding lacks the financial resources to hire a private nurse at this time as she and her husband, a retired veteran, subsist on her husband's retirement benefits. Government counsel have not responded to counsel's inquiry made earlier this evening about their position on this motion. At other times, the government has taken "no position on whether the defendant needs to be present in-person for the pretrial conference."

1. The Court scheduled a Pretrial Conference for April 12, 2024 at 10:00 a.m.

2. Federal Rule of Criminal Procedure 43(b)(3) provides that a "defendant need not be present" when a "proceeding involves only a conference or hearing on a question of law."

3. Counsel understands that the only issues to be addressed by the Court at the upcoming hearing involve questions of law as no witness are scheduled to testify.

4. Ms. Borgerding resides in Ohio. She had intended to travel by personal automobile to the hearing on April 12, but due to her father's medical situation, which just arose respectfully

requests that the Court allow her to appear remotely, as she has done for other proceedings in this matter.

WHEREFORE, pursuant to FED. R. CRIM. PROC. 43(b)(3), which does not require her presence, Ms. Borgerding respectfully requests that this Court allow her to appear remotely for the Pretrial Conference scheduled for April 12, 2024.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; 301-854-0076 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was emailed this 11th day of April, 2024 to all counsel of record via ECF.

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**