Re: [EXTERNAL] Fw: USA v. Borgerding - Open Source Videos - #2

From: Carmen D. Hernandez (chernan7@aol.com)

To: kaitlin.klamann@usdoj.gov; rachel.freeh@usdoj.gov

Date: Tuesday, April 16, 2024 at 07:27 PM EDT

In an effort to try to resolve objections, this is the second email that I'm sending regarding the Open Source exhibits. Please respond at your earliest convenience. Thanks.

**Exhibit 205**

- Do you contend Ms. Borgerding observed any of the confrontations/altercations seen on this video.
- Does Ms. B have any relationship with the "man in the orange sweatshirt" that you reference in ECF 111 at 2?
- What is your theory of admissibility?
- Isn't the video excludable under Rule 403?

**Exhibit 213**

- What is your theory of admissibility of the chants heard on this video?

*Carmen D. Hernandez*
Attorney at Law
7166 Mink Hollow Rd
Highland, MD  20777
240-472-3391; 301-854-0076 (fax)

> On Tuesday, April 16, 2024 at 07:05:56 PM EDT, Carmen D. Hernandez <chernan7@aol.com> wrote:
>
> In an effort to try to resolve objections, I'm going to send you a series of emails about the exhibits.  Please respond at your earliest convenience.
> Thanks.

**Exhibit 202 -**
   **Chryon:** "Bucky Turco:  The right rioters inside the Capitol were all Antifa.  Also the right:  'we are not Antifa."
   Guy walks across the screen shouting:  "expletive (?) DC we are not Antifa"

- What is your theory of admissibility for the video
- What is your theory of admissibility for the chryon and the statements by the shouting person
- How is the video relevant?

**Hemphill video clips - Exh 203-206**

The "open source" videos include 4 video clips allegedly filmed by Pam Hemphill, where a running commentary by Ms. Hemphill (or some other woman) is heard throughout the video.
Among other things, Hemphill mentions  Bundy several times, apparently referencing the Bundy who engaged in a standoff with authorities in Oregon some years ago.  She also makes a number of other statements. A number of Proud Boys appear in some of these videos.

Do you contend that Ms. Borgerding is overheard on any of those clips or that she otherwise engaged Hemphill in conversation?

- If yes, what is Ms. Borgerding allegedly saying?
- If not, what is your theory of admissibility for the video itself?
- What is your theory of admissibility for all the out-of-court statements overheard on the video?

**Exhibit 207**

- Do you know who recorded this video?
- Who is the female voice overheard

**Nigrotime2021 - Exh 208**

- When did "Nigrotime2021" chryon get inserted?
- Any other modifications to the video?

**Exh 212 - "Baked Alaska Senate Wing Door"**

- Do you contend that Ms. Borgerding observed the confrontation between a demonstrator and an alleged "CNN" guy?
- Does Ms. B have any relationship with the person going after the CNN guy
- If not, what is your theory of admissibility?
- What is your theory of admissibility for what appears to be a twitch live-stream conversation?
- Did Ms. B participate in the twitch conversation?

*Carmen D. Hernandez*
Attorney at Law
7166 Mink Hollow Rd
Highland, MD  20777
240-472-3391; 301-854-0076 (fax)