CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

THERESE BORGERDING

Civil/Criminal No.: 21-CR-631-2

### NOTE FROM JURY

Request to see the following exhibits
Q Banner - #805
Neck Gator - #803
Winter Hat - #804
Trump Flag #801

Date: 04/26/2024

Time: 4:13 pm

FOREPERSON