CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
)
vs.  )   Civil/Criminal No.: _____21-CR-631-2_____
)
)
THERESE BORGERDING )
)

## NOTE FROM JURY

The Jury has reached a verdict

Date: 04/26/2024

Time: 04:36

FOREPERSON