# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

THERESE BORGERDING,

*Defendant.*

Criminal Action No. 21-631-2 (TJK)

## <u>VERDICT FORM</u>

Please indicate your verdicts with a checkmark.  Your verdict on each count must be unanimous.

**Count One:**   Obstructing Officers During a Civil Disorder and Aiding and Abetting
18 U.S.C. § 231(a)(3) and 2

Not Guilty _____          Guilty ✓

**Count Two:**   Entering or Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(1)

Not Guilty _____          Guilty ✓

**Count Three:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)

Not Guilty _____          Guilty ✓

**Count Four:**  Disorderly or Disruptive Conduct in a Capitol Building or Grounds
40 U.S.C. § 5104(e)(2)(D)

Not Guilty _____          Guilty ✓

**Count Five:**   Parading, Demonstrating, or Picketing in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)

Not Guilty _____          Guilty √ ___

Date: 04, 26 ____, 2024                    Signature of Foreperson