## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **United States of America** | * | |
| | * | |
| v. | * | Case No. 21-cr-0631-2 (TJK) |
| **Therese Borgerding** | * | |
| | * | |

## CONSENT MOTION TO CONTINUE SENTENCING

Defendant Therese Borgerding, by her undersigned counsel, hereby respectfully moves this Honorable Court to continue her sentencing hearing due to the passing of her father. Government counsel consent to this request. The parties request that the Sentencing be rescheduled to the week of August 26 or September 2 through September 5.

1. Ms. Borgerding's father, for whom she had been caring through a very difficult illness passed away earlier this week. Ms. Borgerding was very close to her father so his passing has been very difficult.

2. To allow for Ms. Borderging to make final arrangements for her father and to allow her a grieving period without having to contend with reviewing the preliminary Presentence Report and preparing for sentencing, Ms. Borgerding respectfully that the Court continue her sentencing for short time.

3. Government counsel consent to this request. They have suggested that the Court reschedule to a date during the week of August 26 or September 2 through September 5, 2024.

WHEREFORE, Ms. Borgerding respectfully requests that this Honorable Court continue her sentencing hearing to the week of August 26 or September 2 through September 5, or another date thereafter convenient to the Court.

Respectfully submitted,

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**
Bar No. MD03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391; 301-854-0076 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was emailed this 11th day of July, 2024, to all counsel of record via ECF.

/s/ *Carmen D. Hernandez*

**Carmen D. Hernandez**