# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 1:21-cr-00631 (TJK)** |
| v. : | |
| : | |
| **THERESE BORGERDING,** : | **Under Seal** |
| **Defendant.** : | |
| : | |
| : | |

## MOTION TO SEAL LETTERS RECEIVED RELEVANT TO SENTENCING

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to place and maintain under seal, the government's Notice of Letters Received Relevant to Sentencing ("Notice"), including attached exhibits, the proposed Order attached to this Motion, and any Order granting this motion.

In support thereof, the government states as follows:

1. A sentencing hearing is scheduled to be held in this case on September 4, 2024. The government recently received two letters relevant to that hearing. The government is requesting that those letters be considered at sentencing. Those letters contain information regarding personal family matters.

2. As stated in <u>Washington Post v. Robinson</u>, 935 F.2d 282, 288 (D.C. Cir. 1999), there is a presumption of access to Court proceedings. But, this can be overridden if "'(1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.'"  <u>Id.</u> at 290 (quoting <u>Oregonian Pub. Co. v. United States Dist. Court</u>, 920 F.2d 1462, 1466 (9th Cir. 1990)).

1

3. The defendant in this case has already been convicted of the charges against her, and the letters at issue are being submitted for the limited purpose of consideration at sentencing. The authors of those letters have no relevance to this case other than their familial relationship to the defendant, and there is no evidence that those individuals intended to make the letters public. The United States has a compelling interest in protecting the privacy of the individuals who submitted the letters at issue here. Letters of support by third parties submitted for purposes of sentencing are often filed under seal. United States v. Kushner, 349 F. Supp. 2d 892, 908 (D.N.J. 2005) (holding that letters by third parties in support of sentencing should remain sealed and noting that "a compelling third-party interest in reputation and privacy … depending on the nature of the risk to this interest, can satisfy even the considerably more exacting standard of the First Amendment right to access").

4. The government intends to serve its Notice and corresponding exhibits on counsel after filing.

WHEREFORE, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court place and maintain under seal the government's Notice, including attached exhibits, this Motion and Supporting Memorandum, the proposed Order attached to this Motion, and any Order granting this motion.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

By: /s/ Kaitlin Klamann
KAITLIN KLAMANN
Assistant United States Attorney
Illinois Bar No. 6316768
601 D Street NW
Washington, D.C. 20530
(202) 252-6778
Kaitlin.Klamann@usdoj.gov

/s/ Rachel Freeh
RACHEL FREEH
Assistant United States Attorney

2

        District of Columbia Bar No.
1736082
601 D Street NW
Washington, D.C. 20530
(202) 252-7749
Rachel.freeh@usdoj.gov