IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00631 (TJK) |
| v. : | |
| : | |
| THERESE BORGERDING, : | |
| : | |
| Defendant. : | |
| : | |

**MOTION TO SEAL LETTERS RECEIVED RELEVANT TO SENTENCING**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to place and maintain under seal, the government's Notice of Letters Received Relevant to Sentencing ("Notice"), including attached exhibits.[1]

In support thereof, the government states as follows:

1. A sentencing hearing is scheduled to be held in this case on September 4, 2024. The government recently received two letters relevant to that hearing. The government is requesting that those letters be considered at sentencing. Those letters contain information regarding personal family matters.

2. As stated in Washington Post v. Robinson, 935 F.2d 282, 288 (D.C. Cir. 1999), there is a presumption of access to Court proceedings. But, this can be overridden if "'(1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.'" Id. at 290 (quoting Oregonian Pub. Co. v. United

---

[1] The government filed a version of the instant motion and attached proposed order on August 30, 2024. See ECF No. 142. The government noticed typographical errors in that filing and is therefore re-filing the present corrected version.

1

States Dist. Court, 920 F.2d 1462, 1466 (9th Cir. 1990)).

    3.    The defendant in this case has already been convicted of the charges against her, and the letters at issue are being submitted for the limited purpose of consideration at sentencing. The authors of those letters have no relevance to this case other than their familial relationship to the defendant, and there is no evidence that those individuals intended to make the letters public. The United States has a compelling interest in protecting the privacy of the individuals who submitted the letters at issue here. Letters of support by third parties submitted for purposes of sentencing are often filed under seal. United States v. Kushner, 349 F. Supp. 2d 892, 908 (D.N.J. 2005) (holding that letters by third parties in support of sentencing should remain sealed and noting that "a compelling third-party interest in reputation and privacy … depending on the nature of the risk to this interest, can satisfy even the considerably more exacting standard of the First Amendment right to access").

    4.    The government intends to serve its Notice and corresponding exhibits on counsel after filing.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court place and maintain under seal, the government's Notice and attached exhibits.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

By:    */s/ Kaitlin Klamann*
    KAITLIN KLAMANN
    Assistant United States Attorney
    Illinois Bar No. 6316768

601 D Street NW
Washington, D.C. 20530
(202) 252-6778
Kaitlin.Klamann@usdoj.gov

*/s/ Rachel Freeh*
RACHEL FREEH
Assistant United States Attorney
District of Columbia Bar No. 1736082
601 D Street NW
Washington, D.C. 20530
(202) 252-7749
Rachel.freeh@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:21-cr-00631 (TJK) |
| : | |
| **THERESE BORGERDING,** : | |
| : | |
| **Defendant.** : | |

## [PROPOSED] ORDER

This matter having come before the Court pursuant to the application of the United States to seal its Notice of Letters Received Relevant to Sentencing and accompanying exhibits, the Court finds that, because of such reasonable grounds to believe the disclosure will unnecessarily infringe on the privacy of individuals otherwise unrelated to this matter and may result in the intimidation of potential witnesses, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Notice of Letters Received Relevant to Sentencing and related materials are sealed and will remain sealed.

Date:

_____
HON. TIMOTHY J. KELLY
United States District Judge