IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| vs. * | Case No. 21-cr-0631-2 (TJK) |
| * | |
| THERESE BORGERDING, * | |
| Defendant * | |
| * | |

**ooOoo**

## MOTION FOR EXTENSION OF TIME
## TO REPORT TO THE BUREAU OF PRISONS

Therese Borgerding, by her undersigned counsel, hereby moves this Honorable Court to extend the date when she is required to report to the Bureau of Prisons from October 29, 2024 to a date after January 2, 2025, so she can spend the upcoming Thanksgiving and Christmas holidays with her family. AUSA Rachel Freeh does not consent to this request.

1. This Court sentenced Mrs. Borgerding to serve a term of 50 days imprisonment but allowed her to self-surrender to the Bureau of Prisons as directed.

2. Mrs. Borgerding has recently been directed to report to the Bureau of Prisons on October 29, 2024 at 2 pm.

3. She will therefore be in prison, away from her husband and family on Thanksgiving day.

4. Mrs. Borgerding is in full compliance with the conditions of release. During the entire time that she has been on pretrial release since July 28, 2021, when she first appeared in the Southern District of Ohio on a complaint filed in the instant case she has fully complied with the conditions of release.

5. Her husband, a disabled veteran continues to suffer from medical issues suffered while in the service. Last month, he was referred for neurological testing in connection with his back injury but that testing has yet to take place.

6. Mrs. Borgerding is a 61-year old, married, life-long resident of Ohio, with zero criminal history points, who did not commit any violence on January 6. As such, Mrs. Borgerding does not present a risk of violence or of flight.

7. The short extension of the reporting date will not cause prejudice to anyone.

WHEREFORE, Mrs. Borgerding respectfully requests that this Honorable Court extend the time within which she must report to the Bureau of Prisons until after the Christmas holidays to a date after January 1, 2025.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 28th day October, 2024.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**